# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DERRICK BARBER
Reg. #05795-025                                                               PLAINTIFF

v.                                  No. 2:19-cv-13-DPM-BD

BUREAU OF PRISONS; DEPARTMENT
OF JUSTICE; DOES, Medical, Forrest City
Complex; HENDRIX, Warden; and
UNITED STATES OF AMERICA                                                     DEFENDANTS

## ORDER

Unopposed partial recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Barber's claims against the Bureau of Prisons, the Department of Justice, Does, and Warden Hendrix are dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2019