**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**DERRICK BARBER**                                                                                           **PLAINTIFF**

v.                                    Case No. 2:19-cv-00013-LPR

**BUREAU OF PRISONS,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommendation (Doc. 41) from United States Magistrate Judge Beth Deere to grant the Defendant's Motion for Summary Judgment (Doc. 35) and dismiss Mr. Barber's claims with prejudice. Mr. Barber did not file an objection to this Recommendation. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings with one procedural alteration. In my view, when summary judgment is granted in favor of a defendant, the proper procedural conclusion of the case is not a dismissal of the claim, but an entry of judgment in favor of the defendant. With that slight procedural distinction, the Court adopts Judge Deere's Recommendation. (Doc. 41).

Defendant's Motion for Summary Judgment (Doc. 35) is GRANTED. Judgment is entered in favor of the United States[1] on all claims.

IT IS SO ORDERED this 2nd day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The only remaining defendant in this case is the United States. Defendants previously named in this matter were terminated by the Court's Order issued on April 17, 2019. (Doc. 10).