# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DERRICK BARBER**                                                                                       **PLAINTIFF**

**v.**                        **Case No. 2:19-cv-00013-LPR**

**BUREAU OF PRISONS,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on July 2, 2020, it is considered, ordered, and adjudged that judgment is entered in favor of the United States[1] on all claims.

IT IS SO ADJUDGED this 2nd day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The only remaining defendant in this case is the United States. Defendants previously named in this matter were terminated by the Court's Order issued on April 17, 2019. (Doc. 10).